IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


CONAN DOYLE ESTATE LTD.,

     Plaintiff,

v.                                                              No. 1:15-cv-432 WPL/KBM

MIRAMAX, LLC,
ROADSIDE ATTRACTIONS LLC,
PENGUIN RANDOM HOUSE LLC,
MITCH CULLIN, WILLIAM CONDON,

     Defendants.

### CERTIFICATION OF GOOD STANDING

In accordance with D.N.M.LR-Civ. 83.3, the undersigned counsel hereby certify that Louis P. Petrich of Leopold, Petrich & Smith, P.C., who is not a member of the bar of the United States District Court for the District of New Mexico ("Federal Bar"), is a member in good standing of the State Bar of California and has associated with attorneys who are members of the Federal Bar.


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By    /s/ Charles K. Purcell
    Charles K. Purcell
Attorneys for Defendant Roadside Attractions, LLC
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone:  (505) 765-5900
kpurcell@rodey.com

LEOPOLD, PETRICH & SMITH, P.C.


By_____/s/ Louis P. Petrich_____
    Louis P. Petrich
Attorneys for Defendant Roadside Attractions, LLC
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Telephone:  310-277-3333
lpetrich@lpsla.com

We hereby certify that by means
of the CM/ECF system, we have
electronically filed the foregoing
and served it on

       Paul Bardacke
       Benjamin Allison
       P.O. Box 2187
       Santa Fe, N.M. 87501
       ballison@sutinfirm.com

this 5th day of June, 2005.


_____/s/ Charles K. Purcell_____
Charles K. Purcell