UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

------------------------------------------------------------x

CONAN DOYLE ESTATE LTD.,

           Plaintiff,

   - against -

MIRAMAX, LLC, ROADSIDE ATTRACTIONS,
LLC, PENGUIN RANDOM HOUSE LLC,
MITCH CULLIN, WILLIAM CONDON,

           Defendants.

------------------------------------------------------------x

Civil Action No.
1:15-CV-432 WPL/KBM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned attorneys for the respective parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-captioned action be, and hereby is, dismissed with prejudice against Penguin Random House LLC and Mitch Cullin, and without costs to any party.

      This Stipulation may be signed using one or more counterparts. The several executed copies together will be considered an original and will be binding on the parties.

Dated: Albuquerque, New Mexico
       August 27, 2015

BARDACKE ALLISON LLP

By: _____
   Benjamin Allison
   515 Don Gaspar, 2nd Floor
   P.O. Box 1808
   Santa Fe, NM 87504-1808
   (505) 386-4100

Counsel for Plaintiff

KENNEDY KENNEDY & IVES, LLC

By: _____
   Laura Schauer Ives
   1000 2nd Street NW
   Albuquerque, NM 87102
   (505) 244-1400

Counsel for Defendants Penguin Random
House LLC and Mitch Cullin